# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.                    NO. 4:01CR00150-001 SWW

WALTER CURTIS MOLES                                          DEFENDANT

## ORDER

The above entitled cause came on for hearing December 12, 2013 on the government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and testimony of the witnesses, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke supervised release [doc #63] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of imprisonment of EIGHT (8) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant participate in substance abuse treatment and mental health counseling during incarceration.

There will be *TWO (2) YEARS of supervised release* following the term of incarceration. Defendant shall follow all standard conditions of supervised release. All other conditions of supervised release previously imposed remain in full force and effect which include the following special conditions:

1. Defendant shall serve a period of SIX (6) MONTHS in a residential re-entry center and abide by all the rules and regulations of the facility under the guidance and supervision of the U. S. Probation Office.

2. Defendant shall participate, under the Guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of supervision.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

4. The defendant shall take all medications as they have been prescribed for his mental health.

5. The defendant shall not have contact with Teresa Woodle.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 13th day of December 2013.

/s/Susan Webber Wright

United States District Judge