IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                          4:01CR00150-001  SWW

WALTER CURTIS MOLES                                                                        DEFENDANT

## ORDER

The above-named defendant, was ordered to undergo a competency evaluation on October 15, 2014 and ordered transported to FDC Miami, Florida on October 31, 2014.  The Court has received communication from that facility advising the Court that defendant arrived December 12, 2014 and requesting that the 45-day study begin on that date.

IT IS THEREFORE ORDERED that the 45-day study shall begin as of December 12, 2014. The study period will end on January 11, 2015, with the final report being submitted no later than January 27, 2015.

IT IS FURTHER ORDERED that examiner be provided with any relevant documents that are available.

 A copy of this order is to be mailed to Federal Detention Center, 33 NE 4th St., Miami, Florida 33132, to the attention of Dr. Jorge Luis, examiner.

Dated this 8th day of January, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE