*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA							PLAINTIFF

vs.				NO. 4:01CR00150-001  SWW

WALTER CURTIS MOLES							DEFENDANT

## ORDER

Pending before the Court is the government's superseding motion to revoke defendant's supervised release. The psychiatric report has been received by the Court and the defendant has been returned to the U. S. Marshal's custody.

The final revocation hearing on the government's superseding motion to revoke [doc #112] is scheduled **THURSDAY, APRIL 16, 2015 AT 2:00 P.M.** in Courtroom #389.

IT IS SO ORDERED this 24th day of March 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE