# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

vs.           NO. 4:01CR00150-001  SWW

WALTER CURTIS MOLES            DEFENDANT

## ORDER

Pending before the Court is defendant's pro se Motion for Order Seeking Return to Proper Jurisdiction [doc #137]. After a review of the pleading, the Court is of the opinion that a response by the government would facilitate the resolution of this motion. The Court therefore directs the government to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 7th day of October 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE